UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KENNETH D. VAUGHN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CAUSE NO. 3:11-CV-056 WL |
| v. | ) |
| | ) |
| SUPERINTENDENT LEVANHAGEN, *et al.*, | ) |
| and GREGORY SOWLES, | ) |
| | ) |
| Defendants. | ) |

OPINION AND ORDER

Kenneth D. Vaughn, a *pro se* prisoner who is prohibited from proceeding *in forma pauperis* by 28 U.S.C. § 1915(g), filed this lawsuit with a note promising that the filing fee would be mailed separately. The envelope in which he mailed these papers has a postage meter label on it dated February 7, 2011. The clerk received the filing on February 10, 2011. It is now more than a month since he mailed his complaint and he has had sufficient time to pay the filing fee. Yet, the filing fee remains unpaid.

For the foregoing reasons, this case is **DISMISSED WITHOUT PREJUDICE** for non-payment of the filing fee.

SO ORDERED.

ENTERED: March 10, 2011

                                                   s/William C. Lee
                                                   William C. Lee, Judge
                                                   United States District Court